ACCEPTED
03-14-00197-CV
4942599
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 5:45:28 PM
JEFFREY D. KYLE
CLERK

**NO. 03-14-00197-CV**

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 5:45:28 PM
JEFFREY D. KYLE
Clerk

_____

# GRAPHIC PACKAGING, INC.,
*Appellant*

**v.**

# GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellees.*

_____

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT,
CAUSE NO. D-1-GN-12-003038, THE HONORABLE DARLENE BYRNE PRESIDING

_____

## MOTION OF NON-RESIDENT ATTORNEY, EDWIN P. ANTOLIN, FOR ADMISSION *PRO HAC VICE*

_____

James F. Martens
jmartens@textaxlaw.com
Texas Bar No. 13050720
Amanda G. Taylor
ataylor@textaxlaw.com
Texas Bar No. 24045921
Lacy L. Leonard
lleonard@textaxlaw.com
Texas Bar No. 24040561
Danielle Ahlrich
dahlrich@textaxlaw.com
Texas Bar No. 24059215
**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Avenue, Suite 1950
Austin, Texas 78701
Tele: (512) 542-9898
Fax: (512) 542-9899

Amy L. Silverstein
asilverstein@sptaxlaw.com
California Bar No. 154221
Edwin P. Antolin
eantolin@sptaxlaw.com
California Bar No. 172599
**SILVERSTEIN & POMERANTZ LLP**
12 Gough Street, Second Floor
San Francisco, California 94103
Tele: (415) 593-3502
Fax: (415) 593-3501

ATTORNEYS FOR APPELLANT
GRAPHIC PACKAGING, INC.

1

TO THE HONORABLE THIRD COURT OF APPEALS:

Edwin Antolin ("Applicant") files this Motion of Non-Resident Attorney for Admission *Pro Hac Vice* to appear on behalf of Graphic Packaging Corporation ("Graphic Packaging"), and states as follows:

1. Applicant seeks permission to appear *Pro Hac Vice* as counsel for Graphic Packaging in the above-titled and numbered cause of action.

2. Applicant is an attorney with the law firm of Silverstein & Pomerantz, LLP, 12 Gough Street, 2nd Floor, San Francisco, California 94103, telephone (415) 593-3505, facsimile (415) 593-3501.

3. Applicant will be associated in this proceeding with James F. Martens, a resident attorney whose State Bar Number is 13050720. Mr. Martens is a licensed attorney who practices with the law firm of Martens, Todd, Leonard, Taylor & Ahlrich, 301 Congress Avenue, Suite 1950, Austin, Texas 78701, telephone (512) 542-9898, facsimile (512) 542-9899.

4. Applicant has not appeared or sought leave to appear in the Texas courts before.

5. Applicant is an active member in good standing with the State of California (California State Bar Number 172599).  Applicant is also admitted to practice before the United States Supreme Court and the United States Tax Court.

6.      Pursuant to Tex. R. Govern. Bar Adm'n. XIX(a), Applicant has filed an Application for Admission *Pro Hac Vice* with the Texas Board of Law Examiners and paid the $250.00 filing fee. The Texas Board of Law Examiners' letter acknowledging the application is attached as Exhibit A.

7.      Applicant has not been the subject of disciplinary actions by the bar or the courts of any jurisdiction in which he is licensed in the past five years. Applicant has not been denied admission to the courts of any state or to any federal court during the past five years.

8.      Applicant attests that he is familiar with the State Bar Act, the State Bar Rules, the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas and the Travis County Local Rules. Applicant attests that he will at all times abide by and comply with the same, so long as this lawsuit is pending and he has not withdrawn as counsel in the proceeding.

WHEREFORE, Applicant respectfully requests that the Court grant Applicant's Motion, and enter an order allowing him to participate as one of the attorneys for Graphic Packaging, in the above-titled and numbered cause of action.

Dated: April 17, 2015

Respectfully submitted,

SILVERSTEIN& POMERANTZ, LLP
12 Gough Street, 2nd Floor
San Francisco, California 94103
(415) 593-3505
(415) 593-3501 (Facsimile)

By:  */s/ Edwin P. Antolin*
  Edwin P. Antolin
  California State Bar No. 172599
  Eantolin@sptaxlaw.com

  ATTORNEYS FOR GRAPHIC
  PACKAGING CORPORATION

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant has conferred with counsel for Appellee, Mr. Rance Craft, about the merits of this Motion on April 17, 2015. Mr. Craft does not oppose this Motion.

*/s/ Edwin P. Antolin*
 Edwin P. Antolin

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion of Non-Resident Attorney, Edwin P. Antolin, for Admission Pro Hac Vice has been electronically filed and served on all counsel below on April 17, 2015.

Rance Craft
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION,
P.O. Box 12548
Austin, Texas 78711
(512) 463-8897
(512) 477-2348 [fax]
cynthia.morales@texasattorneygeneral.gov

*/s/ Edwin P. Antolin*
Edwin P. Antolin

Exhibit A

# Board of Law Examiners
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
April 15, 2015

EDWIN PARK ANTOLIN

SILVERSTEIN & POMERANTZ LLP

12 GOUGH ST, 2ND FLOOR

SAN FRANCISCO CA 94103-

Application Received:    04/15/15

Cause/Texas Court of Record:    03-14-00197-CV  3RD JUDICIAL DISTRICT COURT OF APPEALS, AUSTIN

FROM:    Ky Strunc, Assistant Director, Eligibility & Examination, 512-463-5414

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address

Post Office Box 13486          Telephone: 512-463-1621      Facsimile: 512-463-5300      WebSite: www.ble.state.tx.us

Austin, Texas 78711-3486

Street Address

205 West 14th Street, 5th Floor

Austin, Texas 78701